IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HOWARD CHEN                          :

v.                                   :        CIVIL NO. S 02-1668

RR DONNELLEY & SONS COMPANY          :

<u>MEMORANDUM OPINION</u>

This matter is before the Court on the defendant's motion to dismiss the plaintiff's first and second claims and to transfer venue as to the remaining claim to the United States District Court for the Eastern District of Virginia, Alexandria Division. The plaintiff has not opposed the motion.

The Court finds that plaintiff's first (wrongful discharge) claim is barred under both Virginia and Maryland substantive law, and that his second claim is barred by the well-settled doctrine that bars claims of intra-corporate conspiracy.

The Court also finds that the convenience of the parties and the witnesses would be best served by transfer of the case to Virginia, pursuant to 28 U.S.C. § 1404(a), where venue is proper under 42 U.S.C. § 2000e-5(f)(3).

Accordingly, an Order will be entered separately, transferring this case to the Eastern District of Virginia.

Frederic N. Smalkin
Chief U.S. District Judge

Dated:   July 9, 2002