IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HOWARD CHEN                            :

v.                                     :      CIVIL NO. S 02-1668

RR DONNELLEY & SONS COMPANY            :

O R D E R

For the reasons stated in the foregoing Memorandum Opinion, it is, this 9th day of July, 2002, by the Court, ORDERED:

1. That defendant's motion to dismiss the first and second claims of plaintiff's complaint and to transfer venue BE, and the same hereby IS, GRANTED;

2. That the remainder of this case BE, and it hereby IS, transferred to the Eastern District of Virginia, Alexandria Division, for further proceedings, pursuant to 28 U.S.C. § 1404(a);

3. That the Clerk of Court mail copies hereof and of the foregoing Memorandum Opinion to counsel for the parties; and

4. That the Clerk of Court transmit a certified copy of this Order and foregoing Memorandum Opinion, along with the record, forthwith to the Clerk of the United States District Court for the Eastern District of Virginia, Alexandria Division.

_____
Frederic N. Smalkin
Chief U.S. District Judge